UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22-02094-5-PWM |
| WILLIAMS LAND CLEARING, ) | |
| GRADING, AND TIMBER LOGGER ) | CHAPTER 11 |
| LLC, ) | |
| ) | |
| Debtor. ) | |

| | |
|---|---|
| COMMERCIAL FUNDING, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ADVERSARY PROCEEDING NO.: |
| ) | |
| WILLIAMS LAND CLEARING, ) | |
| GRADING, AND TIMBER LOGGER, ) | 22-00150-5-JNC |
| LLC; CARDINAL CIVIL ) | |
| CONTRACTING, LLC; KB HOME ) | |
| RALEIGH-DURHAM, INC.; ARRINGDON ) | |
| THD, LLC; BC BETHPAGE PARTNERS, ) | |
| LLC; TRI POINTE HOMES HOLDINGS, ) | |
| INC.; HABITAT FOR HUMANITY, ) | |
| ORANGE COUNTY, N.C.; RST IV 401, ) | |
| LLC; HIGHLAND RIDGE, LLC a/k/a ) | |
| HIGHLAND RIDGE-NC, LLC; ) | |
| WELLFIELD DEVELOPMENT, LLC; ) KL | |
| TOLL FORT AIV, LLC; and TOLL ) | |
| SOUTHEAST LP COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| CARDINAL CIVIL CONTRACTING, ) | |
| LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |

1

| | |
|---|---|
| **WILLIAMS LAND CLEARING, GRADING, AND TIMBER LOGGER, LLC; LAMONTE WILLIAMS; COMMERCIAL FUNDING, INC.; ACE FUNDING SOURCE, LLC; COUCH OIL COMPANY OF DURHAM, INC., and APEX FUNDING SOURCE, LLC** )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADVERSARY PROCEEDING NO.:<br><br>22-00151-5-JNC |
| **Defendants.** ) | |
| and ) | |
| **COUCH OIL COMPANY OF DURHAM, INC.,** ) | |
| **Third-Party Plaintiff,** ) | |
| v. ) | |
| **WEST BEND MUTUAL INSURANCE COMPANY,** ) | |
| **Third-Party Defendant.** ) | |

| | |
|---|---|
| **COMMERCIAL FUNDING, INC.,** )<br>) | |
| **Plaintiff,** ) | |
| v. ) | ADVERSARY PROCEEDING NO.: |
| **WILLIAMS LAND CLEARING, GRADING, AND TIMBER LOGGER, LLC and CARDINAL CIVIL CONTRACTING, LLC,** )<br>)<br>)<br>) | 22-00149-5-JNC |
| **Defendants.** ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Commercial Funding, Inc. ("CFI"), Williams Land Clearing, Grading, and Timber

2

Logger LLC ("Williams Land"), Cardinal Civil Contracting, LLC ("Cardinal"), and Couch Oil Company of Durham, Inc. ("Couch Oil"), by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), made applicable to the action by Bankruptcy Rule 7041, and move that the above–referenced adversary proceedings be dismissed with prejudice, pursuant to the Settlement Agreement approved by this Court by order dated May 15, 2024. [Dkt. 47], no. 22-00151-5-JNC.  The Parties show the Court as follows:

1. The Settlement Agreement provided that within thirty (30) days from the entry of the Court's order approving the Settlement Agreement, Cardinal would pay the Settlement Payment to CFI, Couch Oil, and Williams Land.

2. The Settlement Agreement further provided that, upon payment of the Settlement Payment, the Parties shall dismiss these adversary proceedings with prejudice.

3. Cardinal made payment of the Settlement Payment in compliance with the Settlement Agreement.

WHEREFORE, pursuant to the terms of the Settlement Agreement, the Parties hereby respectfully move that these adversary proceedings, including all claims, counterclaims, crossclaims, and third-party claims against all parties, be dismissed with prejudice, and for such other relief as may be just and proper. This the 17th day of June, 2024.

| | |
|---|---|
| **STEVENS MARTIN VAUGHN & TADYCH, PLLC** | **BURNS DAY & PRESNELL, P.A.** |
| /s/ Kathleen O'Malley<br>Kathleen O'Malley<br>N.C. State Bar No. 51654<br>225 W. Millbrook Rd.<br>Raleigh, NC 27612<br>Tel. (919) 582-2300<br>Email: komalley@smvt.com<br>*Attorneys for Williams Land* | /s/ Julia Kirkpatrick<br>Julia Kirkpatrick<br>N.C. Bar. No. 29532<br>2626 Glenwood Avenue, Suite 560<br>Raleigh, NC 27608<br>Telephone: (919) 782-1441<br>Email: jkirkpatrick@bdppa.com<br>*Special Counsel for Williams Land Clearing, Grading and Timber Logger, LLC* |

**SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, L.L.P.**

*/s/* Byron L. Saintsing
 Byron L. Saintsing
N.C. Bar No. 16035
P.O. Box 176010
Raleigh, NC 27619
Telephone: (919) 250-2000
Email: bsaintsing@smithdebnamlaw.com
*Attorneys for Commercial Funding, Inc.*

**ANDERSON JONES, PLLC**

*/s/* Lindsey E. Powell
LINDSEY E. POWELL
N.C. State Bar No. 39993
TODD A. JONES
N.C. State Bar No. 25593
Post Office Box 20248
Raleigh, NC 27619
Phone: (919) 277-2541
Fax: (919) 277-2544
Email: lpowell@andersonandjones.com
*Attorneys for Cardinal Civil Contracting, LLC*

**BUGG & WOLF, P.A.**

/s/ Ethan J. Fleischer
Ethan J. Fleischer
N.C. State Bar #: 36353
P.O. Box 2917
Durham, North Carolina 27715
(919) 383-9431 Telephone
(919) 383-9771 Facsimile
Email: Fleischer@buggwolf.com
*Attorneys for Couch Oil Company of Durham, Inc.*

**CERTIFICATE OF SERVICE**

I, Kathleen O'Malley, do hereby certify that the foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE** has been served upon each of the parties listed below by placing copies of the same in the United States mail, postage prepaid or by electronic mail as indicated below.

| | |
|---|---|
| Brian Behr (Via CM/ECF)<br>Bankruptcy Administrator<br>434 Fayetteville St., Suite 640<br>Raleigh, NC 27601 | Todd A. Jones (Via CM/ECF)<br>Lindsey E. Powell<br>Anderson Jones, PLLC<br>421 North Blount Street<br>Raleigh, NC 27601<br>*Attorneys for Cardinal Civil Contracting, LLC; KB Home Raleigh-Durham, Inc.; Arringdon THD, LLC; Tri Pointe Homes Holdings, Inc.;Highland Ridge-NC, LLC; KL Toll Fort AIV, LLC; and Wellfield Development, LLC* |
| Byron L. Saintsing (Via CM/ECF)<br>Smith Debnam Narron Drake Saintsing & My<br>4601 Six Forks Road, Ste 400<br>Raleigh, NC 27609<br>*Attorney for Commercial Funding Inc.* | John T. Benjamin, Jr. (Via CM/ECF)<br>Jordan M. Latta<br>The Law Office of John T. Benjamin, Jr., P.A.<br>1115 Hillsborough Street<br>Raleigh, NC 27603<br>*Attorneys for KB Home Raleigh-Durham, Inc., and Tri Pointe Homes Holdings, Inc.* |
| Ethan J. Fleischer (Via CM/ECF)<br>Bugg & Wolf, P.A.<br>411 Andrews Rd., Suite 170<br>Durham, NC 27705<br>*Attorneys for Couch Oil Company of Durham, Inc.* | Luke J. Farley (Via CM/ECF)<br>Ellis & Winters, LLP<br>PO Box 33550<br>Raleigh, NC 27636<br>*Attorneys for Toll Southeast LP Company, Inc.* |
| Kenneth T. Lautenschlager (Via CM/ECF)<br>Johnston, Allison & Hord, P.A.<br>1065 East Morehead Street<br>Charlotte, NC 28204<br>*Attorneys for BC Bethpage Partners, LLC* | Jay M. Wilkerson (Via CM/ECF)<br>Conner, Gwyn, Schneck, PLLC<br>PO Box 30933<br>Raleigh, NC 27622<br>*Attorneys for RST VI 401, LLC* |
| Nathaniel Smith (Via CM/ECF)<br>Bagwell, Holt, Smith, P.A.<br>111 Cloister Court, Suite 200<br>Chapel Hill, NC 27514<br>*Attorneys for Habitat of Humanity Orange County N.C., Inc.* | Julia Young Kirkpatrick (Via CM/ECF)<br>Burns, Day & Presnell, P.A.<br>PO Box 10867<br>Raleigh, NC 27605<br>*Attorneys for Debtor* |

All other parties registered to receive electronic service through the CM/ECF system.

This the 17th day of June, 2024.

                                **STEVENS MARTIN VAUGHN & TADYCH, PLLC**

                                <u>s/ Kathleen O'Malley</u>
                                Kathleen O'Malley
                                State Bar No. 51654
                                2225 W. Millbrook Road
                                Raleigh, NC 27612
                                Tel.: (919) 582-2300
                                Email: komalley@smvt.com