**SO ORDERED.**

**SIGNED this 20 day of June, 2024.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE: | )<br>) **CASE NO. 22-02094-5-PWM** |
| WILLIAMS LAND CLEARING, GRADING AND TIMBER LOGGER, LLC, | )<br>) **CHAPTER 11**<br>)<br>) |
| Debtor. | ) |
| | ) |
| COMMERCIAL FUNDING, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| WILLIAMS LAND CLEARING, GRADING, AND TIMBER LOGGER LLC; CARDINAL CIVIL CONTRACTING, LLC; KB HOME RALEIGH-DURHAM INC.; ARRINGDON THD, LLC; TRI POINTE HOMES HOLDINGS, INC.; HABITAT FOR HUMANITY, ORANGE COUNTY, N.C., INC.; RST VI 401, LLC; HIGHLAND RIDGE, LLC a/k/a HIGHLAND RIDGE-NC, LLC; WELLFIELD DEVELOPMENT, LLC; KL TOLL FORT AIV, LLC; and TOLL SOUTHEAST LP COMPANY, INC., BC BETHPAGE PARTNERS, LLC; | )<br>)<br>)<br>)<br>)<br>)<br>) **ADVERSARY PROCEEDING NO.:**<br>)<br>) **22-00150-5-JNC**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

|  |  |
|---|---|
| and WEST BEND MUTUAL INSURANCE COMPANY, ) ) ) | |
| Defendants. ) | |
| CARDINAL CIVIL CONTRACTING, LLC, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | |
| WILLIAMS LAND CLEARING, GRADING, AND TIMBER LOGGER LLC; LAMONTE WILLIAMS; COMMERCIAL FUNDING, INC.; ACE FUNDING SOURCE, LLC; COUCH OIL COMPANY OF DURHAM, INC., and APEX FUNDING SOURCE, LLC | **ADVERSARY PROCEEDING NO.:** **22-00151-5-JNC** |
| Defendants. | |
| and | |
| COUCH OIL COMPANY OF DURHAM, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| WEST BEND MUTUAL INSURANCE COMPANY, | |
| Third-Party Defendant. | |
| COMMERCIAL FUNDING, INC., | |
| Plaintiff, | |
| v. | **ADVERSARY PROCEEDING NO.:** |
| WILLIAMS LAND CLEARING, GRADING, AND TIMBER LOGGER LLC and CARDINAL CIVIL CONTRACTING, LLC, | **22-00149-5-JNC** |
| Defendants. | |

2

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER coming before the United States Bankruptcy Court upon Commercial Funding, Inc. ("CFI"), Williams Land Clearing, Grading, and Timber Logger LLC ("Williams Land"), Cardinal Civil Contracting, LLC ("Cardinal"), and Couch Oil Company of Durham, Inc. ("Couch Oil")'s Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), made applicable to the action by Bankruptcy Rule 7041 (the "Motion") to dismiss the above-referenced adversary proceedings with prejudice, pursuant to the Settlement Agreement approved by this Court by order dated May 15, 2024. [Dkt. 47], no. 22-00151-5-JNC, and good cause having been shown,

WHEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the Motion is hereby ALLOWED; and adversary proceeding nos. 22-00149-5-JNC, 22-00150-5-JNC, and 22-00151-5-JNC, including all claims, counterclaims, crossclaims, and third-party claims against all parties, are hereby DISMISSED with prejudice.

**END OF DOCUMENT**